ACCEPTED
01-15-00088-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:37:38 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00088-CV

| | | |
|---|---|---|
| **WHITNEY BANK** | § | **IN THE FIRST DISTRICT** |
| | § | |
| **v.** | § | |
| | § | |
| **CHRISTIAN FAITH** | § | |
| **MISSIONARY BAPTIST** | § | |
| **CHURCH, CLARENCE** | § | |
| **ANDREWS, MARVIN NIXON,** | § | |
| **WALTER ERVIN, COREY** | § | |
| **WILSON, MARVIN RAUSAW,** | § | |
| **PRESTON COOK,** | § | **COURT OF APPEALS** |
| **CHRISTOPHER DOUGLAS,** | § | |
| **ROLAND MOUTON, JR.,** | § | |
| **RONALD MOUTON,** | § | |
| **DELORIAN MORGAN-JONES,** | § | |
| **ELIZABETH THOMAS, C.L.** | § | |
| **WALLACE, MELVIN R.** | § | |
| **TRUESDALE, ANTHONY** | § | |
| **CRAIG MARTIN, DAVID E.** | § | |
| **DANIELS, EMMA WHEAT,** | § | |
| **MARIAN NOBLE, MARY** | § | |
| **BAKER, JIMMY DENSON, and** | § | |
| **KUNICH RATTLER** | § | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 10:37:38 AM
CHRISTOPHER A. PRINE
Clerk

## APPELLANTS' NOTICE OF ATTORNEYS PRESENTING ORAL ARGUMENT

Appellants, Roland Mouton, Jr. and Delorian Morgan Jones respectfully notify this Court that Judith B. Sadler and Nathan Prihoda, the undersigned attorneys, will be presenting oral argument on behalf of Appellants.

Respectfully submitted,

**HOLMES, DIGGS & EAMES, PLLC**


*/s/ Nathan Prihoda*
**JUDITH B. SADLER**
Texas Bar No. 17511850
**NATHAN PRIHODA**
State Bar No. 24068070
14701 St. Mary's Lane, Suite 315
Houston, Texas 77079
Tel. (713) 877-8111
Fax. (713) 877-8188
Email: jsadler@holmesdiggs.com

AND

**LAW OFFICES OF RUSSELL C. DUCOFF**

**Russell C. Ducoff**
Texas Bar No. 06158500
4615 Southwest Freeway, Suite 500
Houston, Texas 77027
Tel: (713) 655-8750
Fax: (866) 369-5413
**Attorneys for Appellants, Roland Mouton, Jr. and Delorian Morgan-Jones**

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in the manner specified below on December 8, 2015.

*Via Facsimile, (713) 225-0099; and*
*Via e-mail: service@janiceberglaw.com*
Janice L. Berg
Law Office of Janice L. Berg
1314 Texas Avenue, Ste. 1515
Houston, Texas 77002

Judith B. Sadler

Nathan Prihoda    w/ Permission
SBN: 24068070